# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3311

_____

In re:  Bobby Ernest Finch;            *
Donna Lynn Finch,                      *
                                       *
            Debtors.                   *
_____        *
                                       *
Bobby Ernest Finch; Donna Lynn         *
Finch,                                 *
                                       *
            Appellants,                *
                                       *
      v.                               *   Appeal from the United States
                                       *   District Court for the
David D. Coop, U.S. Bankruptcy         *   Eastern District of Arkansas.
Trustee; Matthew Wayne Adlong;         *
William Clay Brazil; Caroline          *   [UNPUBLISHED]
Winningham; Joe Don Winningham;        *
Gary Dewayne Jiles; James E. Goldie;   *
First State Bank; First Security Bank; *
Bank of the Ozarks; Dixie Furniture    *
Company, Inc.; Paul A. Schmidt;        *
Mark T. McCarty, Standing Chapter      *
13 Trustee,                            *
                                       *
            Appellees.                 *

_____

Submitted:  May 19, 2010
    Filed:  May 26, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Proceeding pro se and in forma pauperis, Bobby and Donna Finch appeal the district court's[1] adverse order and judgment dismissing their underlying appeal from several bankruptcy court[2] orders. Upon careful review, see Fix v. First State Bank of Roscoe, 559 F.3d 803, 808 (8th Cir. 2009) (this court reviews bankruptcy court's legal determinations de novo and its findings of fact for clear error; when bankruptcy court's judgment is appealed to district court, district court acts as appellate court; as second court of appellate review, this court conducts independent review of bankruptcy court's judgment, applying same standards of review as district court), we find no basis for reversal. Accordingly, we deny the pending motions, and we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

[2]The Honorable Richard D. Taylor, United States Bankruptcy Judge for the Eastern District of Arkansas.